UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------------------------- X

SHARON TUNNELL, EDISON GBOR, GREGORY GORDON, FRANCESCO ODDO, JOHN CLARKE, DAVID R. BURGOS, JOHN D. BRANCACCIO, JR., JOHN KENNEDY, MARC ROBINSON, TIMOTHY RIVICCI, JOHN V. SCHAEFER, MATTHEW PASIEKA, ROMMEL A. PEREZ, MATTHEW DEMEREST, ARETHA SIMMONS, and BRIAN SMITH, individually and on behalf of all other persons similarly situated,

Plaintiffs,

-against-

CITY OF NEW YORK, DAVE CHOKSHI, in his individual and official capacity, NELLIE AFSHAR in her individual and official capacity; STEVEN BANKS, in his individual and official capacity; JACKIE BRAY in her individual and official capacity; JAY VARMA in his individual and official capacity; and ERIC EICHENHOLTZ, in his individual and official capacity,

Defendants.

---------------------------------------------------------------------------------- X

**NOTICE OF MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

1:25-CV-1781 (AMD)(CHK)

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated July 31, 2026, the Declaration of Assistant Corporation Counsel Sonya Gidumal-Chazin and accompanying exhibits, and upon all the papers and proceedings previously had herein, Defendants[1] will move this Court, before the Hon. Ann M. Donnelly, United States District Judge, at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, at a date and time to be determined by the Court, pursuant to

[1] Although individual defendants Steven Banks and Jackie Bray have not been served yet and the Office of Corporation Counsel has not entered a notice of appearance on their behalf, the undersigned includes them in this notice of motion.

Rule 12(b)(6) of the Federal Rules of Civil Procedure, dismissing the Second Amended Complaint in its entirety on the grounds that, as a matter of law, the Second Amended Complaint is time-barred, fails to adequately state a claim upon which relief can be granted, and for further relief as the Court may deem just and proper.

Dated: New York, New York
July 31, 2026

**STEVEN BANKS**
Corporation Counsel of the
City of New York
*Attorney for Defendants, City of N.Y., Eric Eichenholtz, Dave Chokshi, Nellie Afshar, and Jay Varma*
100 Church Street, Second Floor
New York, New York 10007
(212) 356-0890

By: /s/
Sonya Gidumal-Chazin
Assistant Corporation Counsel