UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------------- X

SHARON TUNNELL, EDISON GBOR, GREGORY GORDON, FRANCESCO ODDO, JOHN CLARKE, DAVID R. BURGOS, JOHN D. BRANCACCIO, JR., JOHN KENNEDY, MARC ROBINSON, TIMOTHY RIVICCI, JOHN V. SCHAEFER, MATTHEW PASIEKA, ROMMEL A. PEREZ, MATTHEW DEMEREST, ARETHA SIMMONS, and BRIAN SMITH, individually and on behalf of all other persons similarly situated,

Plaintiffs,

-against-

CITY OF NEW YORK, DAVE CHOKSHI in his individual and official capacity, NELLIE AFSHAR in her individual and official capacity, STEVEN BANKS in his individual and official capacity, JACKIE BRAY in her individual and official capacity, JAY VARMA, in his individual and official capacity, and ERIC EICHENHOLTZ in his individual and official capacity

Defendants.

---------------------------------------------------------------------- X

**DECLARATION OF SONYA GIDUMAL-CHAZIN IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

1:25-CV-1781 (AMD) (CHK)

**SONYA GIDUMAL CHAZIN** declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1. I am an Assistant Corporation Counsel in the office of Steven Banks, Corporation Counsel of the City of New York, attorney for Defendants the City of New York, Dave Chokshi, Eric Eichenholtz, Nellie Afshar, and Jay Varma (collectively, "Defendants")[1], in the above-captioned proceeding.

[1] Although individual defendants Steven Banks and Jackie Bray have not been served yet and the Office of Corporation Counsel has not entered a notice of appearance on their behalf, the undersigned includes them in this declaration.

2. I respectfully submit this declaration in support of Defendants' Motion to Dismiss the Second Amended Complaint.

3. Attached hereto as Exhibit "A" is a true and correct copy of Tunnell's EEOC Charge of Discrimination, dated January 9, 2023.

4. Attached hereto as Exhibit "B" is a true and correct copy of Tunnell's Right to Sue Letter, dated December 30, 2024.

5. Attached hereto as Exhibit "C" is a true and correct copy of Gbor's Resignation Form, dated November 18, 2021.

6. Attached hereto as Exhibit "D" is a true and correct copy of Burgos' Notice of Appeal Determination, dated July 13, 2022.

7. Attached hereto as Exhibit "E" is a true and correct copy of Kennedy's NYPD Personnel Profile Report.

8. Attached hereto as Exhibit "F" is a true and correct copy of Robinson's Notice of Appeal Determination, dated April 25, 2022.

9. Attached hereto as Exhibit "G" is a true and correct copy of Rivicci's Appeal Denial, dated February 22, 2022.

10. Attached hereto as Exhibit "H" is a true and correct copy of Rivicci's Termination Letter, dated March 14, 2022.

11. Attached hereto as Exhibit "I" is a true and correct copy of the Petition in *Rivicci v. New York City Fire Department et al.*, Index No. 85131/2022 (Sup. Ct. Richmond County June 10, 2022), ECF Doc. No. 1.

12. Attached hereto as Exhibit "J" is a true and correct copy of the Decision and Order in *Rivicci v. New York City Fire Department et al.*, Index No. 85131/2022 (Sup. Ct. Richmond County June 10, 2022), ECF Doc. No. 57.

13. Attached hereto as Exhibit "K" is a true and correct copy of the Appeal Denial in *Rivicci v. New York City Fire Department et al.,* Index No. 08794/2022 (2022 N.Y. App. Div.), ECF Doc. No. 19.

14. Attached hereto as Exhibit "L" is a true and correct copy of the Motion to Reinstate Appeal in *Rivicci v. New York City Fire Department,* Index No. 08795/2022 (2022 N.Y. App. Div.), ECF No. 3.

15. Attached hereto as Exhibit "M" is a true and correct copy of Schaefer's Reasonable Accommodation Appeal Determination, dated May 31, 2022.

16. Attached hereto as Exhibit "N" is a true and correct copy of Schaefer's NYPD Personnel Profile Report.

17. Attached hereto as Exhibit "O" is a true and correct copy of Perez's NYPD Personnel Profile Report.

18. Attached hereto as Exhibit "P" is a true and correct copy of the Petition in *Perez v. New York City Police Department et al.,* Index No. 157825/2022 (Sup. Ct. New York County September 13, 2022), ECF Doc. No. 1.

19. Attached hereto as Exhibit "Q" is a true and correct copy of the Decision and Order in *Perez v. New York City Police Department et al.,* Index No. 157825/2022 (Sup. Ct. New York County September 13, 2022), ECF Doc. No. 22.

20. Attached hereto as Exhibit "R" is a true and correct copy of the Petition in *Demerest v. New York City Police Department et al., Index No. 158479/2022 (Sup. Ct. New York County October 3, 2022), ECF Doc. No. 1.*

21. Attached hereto as Exhibit "S" is a true and correct copy of the Decision and Order in *Demerest v. New York City Police Department et al.,* Index No. 158479/2022 (Sup. Ct. New York County October 3, 2022), ECF Doc. No. 41.

22. Attached hereto as Exhibit "T" is a true and correct copy of the Appeal Denial in *Demerest v. New York City Police Department et al.,* Index No. 158479/2022 (Sup. Ct. New York County October 3, 2022), ECF Doc. No. 56.

23. Attached hereto as Exhibit "U" is a true and correct copy of Simmons' Reasonable Accommodation Appeal Determination, dated December 21, 2021.

24. Attached hereto as Exhibit "V" is a true and correct copy of Smith's FDNY Member Profile.

25. Attached hereto as Exhibit "W" is a true and correct copy of the Scheinman Arbitration Award, dated September 10, 2021.

26. Attached hereto as Exhibit "X" is a true and correct copy of the Deposition of Eric Eichenholtz *in New Yorkers for Religious Liberty v. City of N.Y.,* dated Sept. 10, 2021.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
July 31, 2026

**STEVEN BANKS**
Corporation Counsel of the
City of New York

*Attorney for Defendants, City of N.Y., Eric Eichenholtz, Dave Chokshi, Nellie Afshar, and Jay Varma*
100 Church Street, Second Floor
New York, New York 10007
(212) 356-0890

By: /s/
Sonya Gidumal-Chazin
Assistant Corporation Counsel