EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br>FEPA | **520-2022-06450** |

**New York State Division Of Human Rights** and EEOC

*State or local Agency, if any*

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Sharon K. Tunnell | [redacted] | |

Street Address

[redacted]

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| NYC Fire Department (FDNY) | 501+ Employees | |

Street Address

[redacted]

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE | |
|---|---|---|
| | Earliest | Latest |
| Color, Genetic Information, National Origin, Race, Religion | 08/01/2021 | 07/27/2022 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s))*:

NOTICE OF WARNING: THIS DOCUMENT AND ITS CONTENT IS STRICTLY PRIVATE, SENSITIVE, PERSONAL, AND CONFIDENTIAL--PURPOSED ONLY FOR EEOC COMPLAINT FILING 520-2022-06450. VIOLATION OF THIS PRIVACY MAY HAVE LEGAL RAMIFICATIONS. 01/2019 disqualified by FDNY from tentative job offer based on my public assistance status. An outside lawyer spoke with FDNY on my behalf. 04/2019 began working at FDNY after FDNY psychiatrist confirmed my mental fitness to work. I overlooked being yelled at in a group interview and also found out others started at a higher pay for the same job. 11/2019 made anonymous complaint to HR re: hostile work environment. Later revealed to an employee that I made the complaint. Employee remarked that it used to be worse and that I needed to develop thicker skin, just before she voluntarily transferred to HR dept. 07/2021 inquired about my required 1st performance evaluation (others who started after me had more than one). 08/2021 began a confusing mandatory PCR testing. Rumors, memos, emails were circulating re Cov-19 vaccine mandate for all city employees to be fully vaccinated. 10/2021 Health Commissioner Aug 10, 2021 Order shall be rescinded as of Nov 1, 2021 : no later than 5pm Oct 29, 2021 all city employees must have full vaxx or single dose unless applying for reasonable accommodation (RA). 10/26/21 my Personal Leave request (mental stress related) denied. 10/27/21 submitted request for Religious RA. Response deadline supposed to be

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Sharon K. Tunnell**<br>**01/09/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | EEOC | **520-2022-06450** |
| | FEPA | |

**New York State Division Of Human Rights** and EEOC

*State or local Agency, if any*

11/25/21. 12/2021 FDNY Memo: Blood donors do not have to be vaxxed. 12/30/21 RA denied well past deadline (no due process). 01/08/21 Supposed to be on leave without pay (LWOP) but did not know (still working with overtime and being paid). 01/21/22 Notified HR I would seek outside legal assistance for RA appeal. FDNY forwarded my original RA request to DCAS VaxxRaAppeal. 02/07/22 I was called from the field to stop working immediately placed on administrative LWOP pending appeal decision. 02/09/22 Exec Ofc to Chief of Fire Prev tells me he understands I am a spectacular Fire Inspector. I passed promotional exam. Not allowed to attend training classes. 07/11/22 RA Appeal Denied does not meet standards. I contacted Union DC37 for assistance to keep my job. 07/26/22 DC37 contacted me and said they would follow-up to assign me a rep, but never did. 07/27/22 Terminated by FDNY without ever receiving performance evaluation. At least 80 Sick days were taken without pay. 08/17/22 Denied other employment prospect at DCAS interview, to be removed from Civil Service list no vaxx. 10/24/22 FDNY Timothy Rivicci Engine 158 reinstated to FDNY on RA appeal. In violation of the Civil Rights Act of 1964, as amended, the Respondents Cov-19 vaccination requirement (not required when I accepted employment at FDNY), conflicts with my sincerely held religious beliefs. I believe I have been retaliated against and unlawfully wronged in violation of a myriad of other constitutional rights and rules of law involving my religion (Christian non-denominational), race, creed, genetic make-up, nationality, disability, and class. I am currently requesting a joinder suit against FDNY, DCAS, DC37, OSHA, Dave A. Chokshi MD - Commissioner of Mental Hygiene, and NYC Mayor Eric Adams. In violation to SLRLF, I believe the FDA, CDC, WHO, NIH, NIAID, and Corporate Media also have culpability in severe harm, damage, and injury to my faith, person, livelihood, and mental/emotional/physical/financial states of being. I am requesting a right to sue. I believe I have been discriminated against because of my religion, Christian, in violation of Title VII of the Civil Rights Act of 1964, as amended. I am requesting a Notice of Right to Sue.

| | |
|---|---|
| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Sharon K. Tunnell**<br><br>**01/09/2023**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

**PRIVACY ACT STATEMENT:** Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.** The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.** This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws). Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination. This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions. A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.** Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of. Without a written charge, EEOC will ordinarily not act on the complaint. Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed. Charges may be clarified or amplified later by amendment. It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA. Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements. You will be told which agency will handle your charge. When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter. Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings. Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.